IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN A. DOE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA AND MARK WISNER,<br><br>    Defendants. | Case No. 17-2255-DDC |

## SECOND AMENDED TRIAL ORDER

The court has notified the parties that the trial setting for this case is January 9, 2023, at 9:00 a.m.  The parties will try the case to the court, sitting without a jury, in Courtroom 476 of the Robert J. Dole Courthouse, 500 State Avenue, Kansas City, Kansas 66101. The court now sets the following deadlines and guidelines for pretrial filings, which supersede any previous deadlines and guidelines set in this case.

1. The court has set aside four trial days.  Each trial day will have seven hours of court time, amounting to 28 hours of total court time.  The court will divide that time evenly between the two parties for each of them to present their cases—*i.e.*, 14 hours for plaintiff and 14 hours for defendant.  When calculating the time used by each party, the court will charge time against each party's allotment only for time that the party spends presenting that party's case, whether that time is spent in opening or closing statement, direct examination or cross-examination of witnesses, or any other kind of trial presentation.  At the end of the four days of trial, if either party can make a compelling showing, the court will consider whether more trial time is warranted for the parties to present the case adequately.  The court is open to utilizing procedures that will make for a more expedient

trial (for example, submission of direct examination of expert witnesses in written form and submission of deposition transcripts for the court's review outside the courtroom).

2. Each trial day will last from 9:00 a.m. to 12:30 p.m. and from 1:30 p.m. to 5:00 p.m.

3. The court will conduct a pretrial and limine conference on January 3, 2023, at 1:30 p.m.

4. The court sets the following pretrial deadlines in both cases:

| **Filing** | **Deadline** | **Notes** |
|---|---|---|
| Parties' final witness and exhibit disclosures pursuant to Fed. R. Civ. P. 26(a)(3)(A) | 4 weeks before trial | The parties' final witness lists shall specify which witnesses shall be called live, and which will be called via video or other transcribed deposition. Witnesses expected to testify as experts shall be so designated. Witnesses and exhibits disclosed by one party may be called or offered by any other party. Witnesses and exhibits not so disclosed and exchanged as required by the court's order shall not be permitted to testify or be received in evidence, respectively, except by agreement of counsel or upon order of the court. |
| Any objections under Fed. R. Civ. P. 26(a)(3)(B) | 2 weeks before trial | The court will deem waived any objection required by the rule but not timely asserted, unless excused by the court for good cause shown. |
| Deposition Designations | 3 weeks before trial | Consistent with Fed. R. Civ. P. 26(a)(3)(A)(ii), any deposition testimony sought to be offered by a party other than to impeach a testifying witness shall be designated by page and line. |
| Counter-designations | 14 days before trial | Any counter-designations in accordance with Fed. R. Civ. P. 32(a)(6), together with any objections to designations made by the offering party |
| Objections to Counter-designations | 10 days before trial | |
| Disputes | 7 days before trial | The court will not entertain any objections to deposition testimony unless and until the parties have attempted in good faith to resolve the dispute among themselves either in person or via telephone conference. Where the court must resolve disputes concerning presentation of deposition testimony at trial, the party seeking to offer the deposition testimony shall deliver a copy of the deposition at issue. On this copy, those portions of any deposition which is intended to be presented at trial other than for impeachment on cross examination shall |

2

| | | |
|---|---|---|
| | | be marked by brackets in the margins with different colored highlighting. The parties may choose the colors, but the delineation should be clear.  The objections and responses should be written in the margins. |
| Motions in Limine | 17 days before trial | The court does not encourage the parties to file the kind of motions-in-limine that they might file for a case tried to a jury. The parties should file such motions only if they reasonably believe that presenting the issues in advance will save substantial trial time. |
| Responses to Motions in Limine | 10 days before trial | Responses to any motions in limine are due 10 days before trial begins.  The parties must not file reply briefs on such motions.  The court may permit, however, brief reply arguments at the in limine conference. |
| Proposed Findings of Fact and Conclusions of Law | Will be set following trial's conclusion | |

**IT IS SO ORDERED.**

**Dated this 3rd day of October, 2022, at Kansas City, Kansas.**

<u>**s/ Daniel D. Crabtree**</u>
**Daniel D. Crabtree**
**United States District Judge**

3