FOR THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| JOHN A. DOE, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:17-CV-02255-DDC |
| UNITED STATES OF AMERICA, et al., | ) ) ) |
|       Defendants. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant United States of America, by and through their respective attorneys of record, stipulate that the above-captioned action shall be dismissed in its entirety, with prejudice, with each party to bear their own costs, attorneys' fees, and related expenses of litigation.

| Respectfully submitted and approved by:<br><br>By: */s/ Virginia J. Elliott*<br>Christopher Benson<br>Virginia J. Elliott<br>United States Department of Justice<br>P.O. Box 888<br>Washington, DC 20004-0888<br>Sarah.E.Klein@usdoj.gov<br>Larry.eiser@usdoj.gov<br>**ATTORNEYS FOR DEFENDANT**<br>**UNITED STATES OF AMERICA** | <br><br>By: */s/ Terri D. Lowdon*<br>    Terri D. Lowdon<br>    Mark H. Wissehr, PC<br>    507 Francis Street, Suite 208<br>    St. Joseph, MO 64501<br>    816-364-2901<br>    Fax: 816-364-3895<br>    tlowdon@wissehrlaw.com<br>**ATTORNEY FOR PLAINTIFF** |